**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**METROPOLITAN LIFE INSURANCE
COMPANY,**

 **Plaintiff,**

v.                Case No:  1:18-cv-24403-FAM

**TINA VAN KESSEL, TONNA KAY PERRY,
JAMIE RIGUEZ and KRISTINA ROGERS,**

 **Defendants.**

_____/

## DEFENDANTS', TINA VAN KESSEL AND TONNA K. PERRY, STATUS REPORT

Pursuant to the Order Closing Case for Statistical Purposes and Placing Matter in Civil Suspense File, (DE #48) Defendants, TINA VAN KESSEL (hereafter "VAN KESSEL") and TONNA KAY PERRY (hereafter "PERRY"), by and through their undersigned counsel and file their Status Report and state as follows:

On October 8, 2019, this matter was placed in civil suspension pending the outcome of the litigation currently pending in the Circuit Court in and for Polk County, Florida, Case No. 2018CP-000630 (the "Polk County Case") to proceed. On January 23, 2020 the parties appeared before the Honorable John Stargel, Circuit Judge in the Polk County Case. Judge Stargel scheduled two additional status hearings to occur in the Polk County on February 25, 2020 and April 16, 2020 in an effort to ensure that the case continued to proceed towards a conclusion. Discovery is ongoing in this matter. Conclusion of 2018CP-000630 should resolve the pending claims to the monies held in the Registry of the Court.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was provided by email via the CM/ECF system to Stephen Jones, Esq., at sjones@s-joneslaw.com and smjones@sjoneslawfirm.com on this 23rd day of January, 2020.

*s/Kevin M. Kohl*
KEVIN M. KOHL, ESQ.
Florida Bar No: 0578819
BOSWELL & DUNLAP, LLP
P.O. Drawer 30
Bartow, FL 33831
Telephone: (863) 533-7117
Facsimile: (863) 533-7412
E-Mail: Kevin@BosDun.com
2nd E-Mail: Amber@BosDun.com
Attorney for Tonna Perry, Tina Van Kessel